*E-Filed 9/23/10*

TONY WEST
Assistant Attorney General, Civil Division
DAVID J. KLINE
Director, District Court Section
Office of Immigration Litigation
SAMUEL P. GO
Senior Litigation Counsel
MELANIE S. KEIPER, IA SBN 16206
Trial Attorney
    P.O. Box 868, Ben Franklin Station
    Washington, D.C.  20044-0868
    Telephone: (202) 532-4112; FAX: (202) 305-7000

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DHIRENDRA SHRESTHA,<br><br>           Plaintiff,<br><br>     v.<br><br>ERIC H. HOLDER, JR., Attorney General of the United States; JANET NAPOLITANO, Secretary, Department of Homeland Security; ALEJANDRO MAYORKAS, Director, U.S. Citizenship and Immigration Services (USCIS); MARILYN P. WILES, Director, USCIS Nebraska Service Center,<br><br>           Defendants. | No. 3:10-cv-03222-RS<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate to dismissal of the above-captioned action pursuant to Fed. R. Civ. P. 41(a), Defendants having approved Plaintiff's application for adjustment of status.  Each party to bear its own costs and fees, and no attorneys' fees or costs under the Equal Access to Justice Act, or any other provision of law, will be sought in the above-captioned matter.

Date: September 23, 2010              Respectfully submitted,

                                       TONY WEST
                                       Assistant Attorney General, Civil Division

Stipulation to Dismiss
3:10-cv-03222-RS

```
                                    DAVID J. KLINE
                                    Director, District Court Section
                                    Office of Immigration Litigation
                                    SAMUEL P. GO
                                    Senior Litigation Counsel

                                    s/ Melanie S. Keiper
                                    MELANIE S. KEIPER[1]
                                    Trial Attorney, District Court Section
                                    Office of Immigration Litigation
                                    U.S. Department of Justice, Civil Division
                                    P.O. Box 868, Ben Franklin Station
                                    Washington, DC 20044
                                    Phone: (202) 532-4112
                                    Email: melanie.keiper@usdoj.gov

                                    Attorneys for Defendants


                                    AJAI MATHEW
Date: September 23, 2010            Law Office of Manpreet Singh Gahra
                                    P.O. Box 12094
                                    Berkeley, CA 94712
                                    Phone: (510) 841-4582
                                    Email: ajai@gahralaw.com

                                    Attorney for Plaintiff
```

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 9/23/10

RICHARD SEEBORG
United States District Court Judge

---

[1] I, Melanie Keiper, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s) within this e-filed document.